NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREEALLIANCE.COM, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2018-1190

---

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00787-EGB, Senior Judge Eric G. Bruggink.

---

## JUDGMENT

---

MATTHEW THOMAS SCHOONOVER, Koprince Law LLC, Lawrence, KS, argued for plaintiff-appellant. Also represented by STEVEN KOPRINCE.

DELISA SANCHEZ, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by LISA LEFANTE DONAHUE, ROBERT EDWARD KIRSCHMAN, JR., JOSEPH H. HUNT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and CLEVENGER, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 19, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court